IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

        Plaintiff,

v.

ARMANDO MEDINA,

        Defendant.

Case No. 3:14-CR-30181-NJR-17

## ORDER

**ROSENSTENGEL, Chief Judge:**

Pending before the Court is a Motion for Modification or Reduction of Sentence Pursuant to 18 U.S.C. § 3582(c)(2) and in Conjunction with the Minus Two Guideline Amendment No. 782 filed by Defendant Armando Medina. (Doc. 857). Medina asks the Court to reduce his sentence pursuant to Amendment 782 to the U.S. Sentencing Guidelines and to consider evidence of his rehabilitation when resentencing him. (*Id.*)

On November 1, 2014, the U.S. Sentencing Commission adopted Amendment 782 to the Guidelines, lowering the recommended penalties for most drug crimes by reducing the base offense levels in the § 2D1.1 Drug Quantity Table by two levels. *See, e.g.*, *United States v. Koglin*, 822 F.3d 984, 985 (7th Cir. 2016).

In this case, Medina pleaded guilty to one count of conspiracy to distribute and possess with intent to distribute controlled substances on April 23, 2019, and the undersigned sentenced Medina to 180 months' imprisonment on November 25, 2019. (Docs. 785, 823). Because Medina was sentenced in 2019, he already reaped the benefit of

Amendment 782, which was incorporated into the U.S. Sentencing Guidelines in 2014. Thus, the Court cannot reduce Medina's sentence on this basis.

For this reason, the Motion for Modification or Reduction of Sentence Pursuant to 18 U.S.C. § 3582(c)(2) and in Conjunction with the Minus Two Guideline Amendment No. 782 filed by Defendant Armando Medina (Doc. 857) is **DENIED**.

**IT IS SO ORDERED.**

DATED:   June 30, 2022

_____
**NANCY J. ROSENSTENGEL**
**Chief U.S. District Judge**